RICHARD PAZERA *v.* DEBRA C. PAZERA

The plaintiff's petition for certification for appeal from the Appellate Court is granted, limited to the following issues:

"1. Did the order of the trial court to sell the marital home constitute an arguable violation of a constitutional or statutory right of the plaintiff within the meaning of *State* v. *Curcio,* 191 Conn. 27?

"2. If not, should *Curcio* be expanded to recognize this order as a final judgment for purpose of appeal?"

*Robert S. Kolesnik,* in support of the petition.

*Jeffrey D. Ginzberg,* in opposition.

Decided October 4, 1990

IN RE JESUS C.

The state of Connecticut's petition for certification for appeal from the Appellate Court, 21 Conn. App. 645, is dismissed.

*Mitchell S. Brody,* assistant state's attorney, in support of the petition.

*Temmy Ann Pieszak,* assistant public defender, in opposition.

Decided October 4, 1990

RICHARD J. BONELLI *v.* SANDRA A. BONELLI

The plaintiff's petition for certification for appeal from the Appellate Court, 22 Conn. App. 248, is denied.

*M. Jane Christensen,* in support of the petition.

*Kathleen A. Murrett,* in opposition.

Decided October 4, 1990